## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA McWALTERS and IRENE GALLAGHER, Plaintiffs | : CIVIL ACTION : : : NO. 10-4289 |
| vs. | : : |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Defendant | : : : |

**ORDER**

AND NOW, this 20th day of July, 2011, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Complaint (Doc. No. 9) and Plaintiffs' Response thereto, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART and Counts Two, Three, Four, Five, Six and Eight of the Complaint are DISMISSED with prejudice.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,         C.J.